# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL J. PACKER & TONIA L. PACKER  
1320 - 27TH STREET  
ROCKFORD, IL 61108  
SSN-xxx-xx-1849 & xxx-xx-1044

Case Number: 06-71938

Case filed on: 10/19/2006  
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY LAURA MCGARRAGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DELL PREFERRED ACCT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | BERNARD J. NATALE (CHAP 7 TRUSTEE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALPINE BANK | 19,695.80 | 0.00 | 0.00 | 0.00 |
| 002 | MEMBERS ALLIANCE CR UN | 23,498.94 | 23,498.94 | 0.00 | 0.00 |
| 003 | MEMBERS ALLIANCE CR UN | 35,426.54 | 30,315.00 | 0.00 | 0.00 |
| 004 | NATIONAL CITY MORTGAGE CO | 62,120.07 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 140,741.35 | 53,813.94 | 0.00 | 0.00 |
| 003 | MEMBERS ALLIANCE CR UN | 0.00 | 5,111.54 | 0.00 | 0.00 |
| 005 | A.J. GALLUZZO, D.P.M. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS BANKRUPTCY SERVICE | 295.47 | 295.47 | 0.00 | 0.00 |
| 011 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DICKS SPORTING / GEMB | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | KOHLS PAYMENT CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | KOHLS / CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MEMBERS ALLIANCE CR UN | 10,578.67 | 10,578.67 | 0.00 | 0.00 |
| 022 | OLD NAVY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RMH PATHOLOGISTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD AMBULATORY SURGERY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 275.72 | 275.72 | 0.00 | 0.00 |
| 026 | ROCKFORD HEALTH PHYSICIANS | 53.92 | 53.92 | 0.00 | 0.00 |
| 027 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 559.94 | 559.94 | 0.00 | 0.00 |
| 028 | VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | WELLS FARGO FINANCIAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | WELLS FARGO FINANCIAL BANK/SLUMBERLAND | 2,537.33 | 2,537.33 | 0.00 | 0.00 |
| 033 | B-REAL LLC | 3,569.44 | 3,569.44 | 0.00 | 0.00 |
|  | Total Unsecured | 17,870.49 | 22,982.03 | 0.00 | 0.00 |
|  | Grand Total: | 158,611.84 | 76,795.97 | 0.00 | 0.00 |

Total Paid Claimant: $0.00  
Trustee Allowance: $0.00  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/28/2007                By  /s/Heather M. Fagan